AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br>Raheem Marshall Louallen | )<br>)<br>)<br>) Case No: 4:11-cr-00078-TLW<br>) USM No: 22289-171 |
| Date of Original Judgment: 12/06/2011<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) William F. Nettles IV<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

This case does not qualify because Defendant's sentence was based on a Rule 11(c)(1)(C) agreement to 84 months incarceration, rather than the Guidelines. See Freeman v. United States, 131 S. Ct. 2685, 2696-2700 (2011) (Sotomayor, J., concurring); United States v. Duvall, 705 F.3d 479, 484 (D.C. Cir. 2013); United States v. Brown, 653 F.3d 337, 340 (4th Cir. 2011).

Except as otherwise provided, all provisions of the judgment dated 12/06/2011 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/08/2015                                  s/ Terry L. Wooten
                                                        *Judge's signature*

Effective Date: _____                                  Terry L. Wooten, Chief United States District Judge
*(if different from order date)*                        *Printed name and title*